IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PETER MICHAEL THOMPSON,<br>*a.k.a* Corzette Emilia Veronique Rose<br><br>　　　　　Defendant. | CR 09–06–M–DWM<br><br><br>ORDER |

On March 6, 2025, a hearing was held regarding the Petition for Warrant for Offender Under Supervision of Defendant Peter Michael Thompson, also known as Corzette Emilia Veronique Rose. (*See* Doc. 47.) The government moved to dismiss this petition, and that motion was granted.

Accordingly, IT IS ORDERED that the government's motion is GRANTED and the Petition for Warrant for Offender Under Supervision of Defendant Peter Michael Thompson, (Doc. 47), also known as Corzette Emilia Veronique Rose, is DISMISSED.

IT IS FURTHER ORDERED that Defendant is released subject to the supervised release conditions set in his Judgment, (Doc. 41), which remain in full force and effect.

IT IS FURTHER ORDERED that the caption in this case is amended as reflected above.

DATED this 6th day of March, 2025.

                                            Donald W. Molloy, District Judge
                                            United States District Court